UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-6374-SNOW

UNITED STATES OF AMERICA

v.

PABLO RESENDIZ-HERNANDEZ &
TOMAS GOMEZ-CRUZ
_____/



FILED by _____ D.C.
MAG. SEC.
NOV 16 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

This matter is before this Court, standing in for Judge Snow, following a status conference held on November 14, 2006 with regard to these defendants that are being detained subject to material witness complaints related to an action currently pending in this district. Following that status conference, and pursuant to the Court's obligations under 18 U.S.C. § 3144, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. The Court **ORDERS** that the deposition of Pablo Resendiz-Hernandez & Tomas Gomez-Cruz shall take place on November 17, 2006, from the hours of 12:30 to 3:30 p.m. All counsel of record in Case No. 06-60312-CR-DTKH shall be present for the taking of these depositions.

2. The U.S. Marshal is directed to assure that these individuals are transported and made available for their depositions on the date and time specified.

**DONE** and **ORDERED** in Fort Lauderdale, Florida this 16th day of Nov., 2006.

EDWIN G. TORRES
United States Magistrate Judge

cc: counsel of record