UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-6374-BSS

UNITED STATES OF AMERICA

vs.

PABLO RESENDIZ-HERNANDEZ and
TOMAS GOMEZ-CRUZ,

       Defendant.
_____/



FILED by _____ D.C.
MAG. SEC.
NOV 21 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses without prejudice the complaint against the above named defendants.

Respectfully submitted,

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

cc:   U.S. Attorney (Lynn D. Rosenthal, AUSA)
      U.S. Marshal
      Chief Probation Officer
      Pretrial Services
      Special Agent

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: 11/21/06

_____
LURANA S. SNOW
UNITED STATES DISTRICT COURT JUDGE